1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                          EASTERN DISTRICT OF CALIFORNIA

7

8    TIMOTHY GREGORY HOLMES,                    1:07-cv-01172 LJO TAG  (HC)

             Petitioner,
9                                               ORDER GRANTING REQUEST FOR
     vs.                                        EXTENSION OF TIME
10
     WARDEN P.L. VASQUEZ,                        (Doc. 9)
11
             Respondent.
12   _____/

13          On February 28, 2008, Respondent filed a request for a one-day extension of time to file his

14   answer to Petitioner's petition for writ of habeas corpus.  (Doc. 9).  On February 28, 2008, Respondent

15   also filed his answer. (Doc. 10).  The Court has considered Respondent's motion, finds that good cause

16   exists to grant it, and makes the following order:

17          1.  Respondent's request for an extension of time to file an answer is GRANTED (Doc. 9);

18          2.  Respondent's answer filed on February 28,  2008 (Doc. 10), is deemed timely filed; and

19          3. This order is made nunc pro tunc to February 28, 2008.

20

21   IT IS SO ORDERED.

22   Dated:   **February 29, 2008**                    _____ **/s/ Theresa A. Goldner** _____
                                                        UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28