UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY GREGORY HOLMES,<br><br>        Petitioner,<br><br>   vs.<br><br>WARDEN P.L. VASQUEZ,<br><br>        Respondent.<br>_____/ | 1:07-cv-01172 LJO TAG (HC)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME<br><br>(Doc. 9) |

On February 28, 2008, Respondent filed a request for a one-day extension of time to file his answer to Petitioner's petition for writ of habeas corpus. (Doc. 9). On February 28, 2008, Respondent also filed his answer. (Doc. 10). The Court has considered Respondent's motion, finds that good cause exists to grant it, and makes the following order:

      1. Respondent's request for an extension of time to file an answer is GRANTED (Doc. 9);

      2. Respondent's answer filed on February 28, 2008 (Doc. 10), is deemed timely filed; and

      3. This order is made nunc pro tunc to February 28, 2008.

IT IS SO ORDERED.

Dated:  **February 29, 2008**　　　　　　　　　　　　　　**/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE