**FILED**

DEC 12 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY GREGORY HOLMES,<br><br>         Petitioner,<br><br>    v<br><br>P L VASQUEZ, Warden<br><br>         Respondent.<br>_____/ | 1:07-CV-01172-VRW   HC<br><br>ORDER |

      Petitioner Timothy Gregory Holmes by his counsel requests leave to file a supplemental brief discussing the applicability of <u>Giles v California</u>, 554 US ___, 128 S Ct 976 (2008), and related issues. Doc #16. Respondent has filed no opposition or other response to the motion.

      Good cause appearing therefor, it is hereby ordered:

      Petitioner is granted leave to file a supplemental brief not to exceed fifteen (15) pages on or before December 31, 2008. If respondent wishes to file a responsive brief (not to exceed ten (10) pages), he shall do so on or before January 14, 2009.

      IT IS SO ORDERED.

*[signature]*

VAUGHN R WALKER
United States District Chief Judge