IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

TIMOTHY GREGORY HOLMES,                    1:07-cv-1172-VRW

        Petitioner,                    ORDER

        v

P L VASQUEZ, Warden

        Respondent.

_____/


        The court has denied the petition for a writ of
habeas, corpus in the above-captioned matter and has entered
judgment in favor of respondent.  Doc #23.  Petitioner Timothy
Gregory Holmes has filed a notice of appeal.  Doc #24.  "[A]n
appeal may not be taken to the court of appeals from" the denial
of a habeas petition unless a certificate of appealability is
issued. 28 USC § 2253(c) (1) (2009).  Absent a specific motion,
the court construes the notice of appeal as a request for a
certificate of appealability.  A certificate of appealability
may be issued "only if the applicant has made a substantial
showing of the denial of a constitutional right," § 2253(c)(2);
the certificate "shall indicate which specific issue or issues
satisfy [this] showing."  Id § 2254(c)( 3 ).

1    For the reasons set forth in the court's order denying
2 the petition, petitioner has not made any showing of the denial
3 of a constitutional right, much less the substantial showing
4 required for the issuance of a certificate of appealability.
5 Accordingly, and good cause appearing therefor, petitioner's
6 application for a certificate of appealability is DENIED.

7

8    IT IS SO ORDERED.

9

10

11    _____
        VAUGHN R WALKER
12      United States District Chief Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28